Case: 1:23-mj-00304
Assigned To : Harvey, G. Michael
Assign. Date : 11/08/2023
Description: Complaint W/ Arrest Warrant

## STATEMENT OF FACTS

On November 4, 2023, at approximately 7:11 PM, officers with the Metropolitan Police Department (MPD) Crime Suppression Team were on patrol in the 300 block of 61st Street NE. Specifically, Officer White (Driver), Officer Willis (Front Passenger), Officer Schemmel (rear passenger) and Officer Moore (rear passenger), were operating a marked scout car while in full uniform.

The officers were traveling south in the 300 block of 61st Street NE when they observed a red sedan parked on the side of the road with the engine on and no one inside. Due to the recent uptick of carjackings and robberies, officers exited the patrol vehicle to further investigate.

Officers were able to quickly contact the owner and advised him to not leave his vehicle on and running unattended. Officers observed an additional vehicle, a gray Acura, parked in front of the previously mentioned vehicle. Officers approached the vehicle to make sure it had not been tampered with.

Officer Willis observed in plain view in the rear passenger side floorboard a wrapped clear plastic bag containing green leafy substance. Additionally, Officer Moore observed in plain view on the rear passenger floorboard a black bag containing a rolled-up clear plastic bag containing green leafy substance which Officer Moore immediately recognized from his knowledge and experience in dealing with narcotics to be a significant quantity of marijuana.

Officers opened the vehicle door to conduct a probable cause search of the vehicle. They recovered the following items from the specified areas:

### *Rear Floorboard:*

- Clear bag containing green leaf substance (126.5 grams which field-tested positive for THC)
- Clear bag containing green leaf substance inside a black back (334.5 grams which field-tested positive for THC)
- Clear bag containing green leaf substance inside a black bag (517.5 grams which field-tested positive for THC)

### *Center Console:*

- Glass vial containing green leaf substance (4.8 grams which field-tested positive for THC)
- Clear bag containing white rock like substance (51.5 grams which field-tested positive for cocaine)
- An unloaded Glock-style 10 round capacity magazine

### *Driver's Side Door:*

- 5 circular blue pills inside of a yellow pill bottle
- Clear plastic 8-ounce water bottle with approximately 4 fluid ounces of an amber liquid

  consistent in appearance and smell with liquid PCP
- 0.5 fluid ounce vial filled with an amber liquid consistent in appearance and smell with liquid PCP
- 1 fluid ounce glass vial full of an amber liquid consistent in appearance and smell with liquid PCP

*<u>Rear passenger Seat:</u>*

- Clear bag containing a white rock-like substance (57.5 grams which field-tested positive for cocaine)

*<u>Trunk:</u>*

- Black Glock semi-automatic pistol which was integrated into an MCK Micro Roni conversion kit loaded with a thirty-one round capacity magazine containing twenty-eight rounds of 9mm ammunition, as depicted in *Figure 1*



*<u>Figure 1</u>*



Additionally, $38,891 was recovered from the vehicle in a variety of denominations, along with two digital scales.

Inside the vehicle, Officer White located a wallet containing an identification card for a Mr. Clarence Faulkner. Officers also found multiple mail matter, receipts, and a vehicle registration

belonging to Mr. Faulkner. Additionally, queries of law enforcement databases reflected that this vehicle, with Virginia tag TUL8936, was registered to Clarence Faulkner.

When officers first arrived on scene, two individuals, Mr. Clarence Faulkner, and a woman were on the sidewalk outside of 310 61st Street NE, next to the gray Acura. A third individual—the owner of the red vehicle that was left running and unattended—was called to the scene and stood with Mr. Faulkner and the woman as officers searched the vehicle. Officers asked the three who owned the gray car or if they had contact information for that individual. All three indicated that they did not know. Mr. Faulkner and the woman began walking away from the scene. Officers stopped and detained Mr. Faulkner, who identified himself by name.

Next to Mr. Faulkner, outside of 310 61st Street NE, was a two-ounce vial containing an amber liquid consistent in appearance in smell with liquid PCP. The vial was approximately one-quarter full and had what appeared to be tobacco flakes floating in the liquid. Officer Moore knows that individuals who distribute liquid PCP often do so by dipping a lose cigarette into the liquid causing the tobacco to soak up liquid PCP. When this is done, loose tobacco often will become dislodged from the dipped cigarette and float in the vial. Distributors will then sell the PCP-soaked cigarette for a pre-determined price to users.

The total amount of suspected marijuana recovered was 983.3 grams, or 2.17 pounds. The street value for one pound of marijuana is approximately $4,520. The total amount of suspected cocaine recovered was 108 grams. The street value for 62 grams of cocaine base is $8,850. The total amount of liquid PCP recovered was six fluid ounces. Six fluid ounces is approximately 177 milliliters. The street value for 30 milliliters of liquid PCP is $800.

Given the large quantity of cash, the significant quantity of narcotics and different types of narcotics, along with scales, the recovered evidence is more consistent with distribution than personal use.

No firearms or ammunition are manufactured within the District of Columbia and therefore the recovered firearm and ammunition traveled in and affected interstate commerce.

Mr. Clarence Faulkner has been convicted of offenses punishable by terms of imprisonment greater than one year. Specifically, in D.C. Superior Court Case No. 2012 CF2 000963, Mr. Faulkner was convicted of Unlawful Possession of a Firearm and sentenced to two years' imprisonment. In D.C. Superior Court Case No. 2009 CF2 007499, Mr. Faulkner was convicted of Unlawful Possession of a Firearm and sentenced to eighteen months' imprisonment. And, in

D.C. Superior Court Case No. 2003 FEL 006471, Mr. Faulkner was convicted of Carrying a Pistol Without a License and sentenced to twenty-four months' imprisonment, with nine months suspended. Therefore, Mr. Faulkner was aware of the fact that he had been convicted of offenses punishable by terms of imprisonment greater than one year.

Respectfully Submitted,

_____
Officer Thomas Schemmel, 114866 (5609)
Metropolitan Police Department

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on November 8th, 2023.

_____
HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE